UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 20-43818

RICHARD CLARENCE BALDWIN, JR.,                              Chapter 7

       Debtor.                                              Judge Thomas J. Tucker
_____/

**ORDER DENYING, WITHOUT PREJUDICE, THE DEBTOR'S
MOTION TO REDEEM PERSONAL PROPERTY**

This case is before the Court on a motion filed by the Debtor on April 6, 2020, entitled "Motion for Authority to Redeem Personal Property and Approval of Associated Financing and Attorney Fees under 11 U.S.C. 722" (Docket # 13, the "Redemption Motion"). On May 18, 2020, the Debtor filed a Certification of Non-Response indicating that no one had filed an objection to the Motion (Docket # 22), and submitted a proposed order. But there were deficiencies in the proposed order, so on May 19, 2020, the Court had the Courtroom Deputy send an email to the Debtor's attorney which stated:

> Judge Tucker reviewed the proposed order for redemption and requests that the following message [be] sent to you:
>
> Message:
>
> This proposed redemption order is deficient, in two ways: 1. It does not describe or identify the vehicle being redeemed in any way; and 2. it does not state a time limit for the debtor to pay the redemption amount. Please submit a revised order that corrects these deficiencies. Thanks.
>
> end of message
>
> Your prompt attention to this is greatly appreciated.
>
> Thank you,
> Mary Vozniak

Courtroom Deputy to Hon. Thomas J. Tucker

On May 28, 2020, the same message was re-sent to Debtor's counsel. But to date, the Debtor's counsel has not submitted any revised order to try to correct the deficiencies in the proposed order. The Debtor has failed to properly prosecute his Redemption Motion.

Accordingly,

IT IS ORDERED that the Redemption Motion (Docket # 13) is denied, without prejudice, for lack of prosecution.

**Signed on June 5, 2020**

/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**